```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   JAMES O. MOLEN
6

7
                       UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,     )  Case No. 12-252 GEB
                                 )
12              Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING STATUS CONFERENCE TO
13      v.                       )  OCTOBER 19, 2012, AT 9:00 A.M.
                                 )
14 JAMES O. MOLEN,               )  Date:  September 14, 2012
                                 )  Time:  9:00 a.m.
15                               )  Judge: Garland E. Burrell, Jr.
                Defendant.       )
16                               )
   _____ )
17
```

18      THE PARTIES STIPULATE, through their respective attorneys, that

19 the Court should vacate the status conference scheduled for September

20 14, 2012, at 9:00 a.m., and reset it for October 19, 2012, at 9:00 a.m.

21      Counsel for defendant requires further time to review discovery,

22 to confer with client, and to prepare.

23      The parties further stipulate that the Court should exclude the

24 period from the date of this order through October 19, 2012, when it

25 computes the time within which the trial of the above criminal

26 prosecution must commence for purposes of the Speedy Trial Act.  The

27 parties stipulate that the ends of justice served by granting

28

                                   1

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: September 13, 2012          Respectfully submitted,

                                              DANIEL BRODERICK
                                              Federal Defender

                                              /s/ M. Petrik
                                              _____
                                              MICHAEL PETRIK, Jr.
                                              Assistant Federal Defender
                                              Attorneys JAMES O. MOLEN

Dated: September 13, 2012          BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ M. Petrik for M. Segal
                                              _____
                                              MATTHEW D. SEGAL
                                              Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on October 19, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: September 14, 2012

                                              _____
                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge