```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 12-252 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO SET MOTION HEARING ON DECEMBER |
| v. | ) 14, 2012, AT 9:00 A.M., TOGETHER |
| | ) WITH BRIEFING SCHEDULE |
| JAMES O. MOLEN, | ) |
| | ) Date: October 19, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell |

THE PARTIES STIPULATE, through counsel, Matthew D. Segal, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James O. Molen, that the Court should vacate the status conference scheduled for October 19, 2012, at 9:00 a.m., and set a motion hearing on December 14, 2012, at 9:00 a.m.

Counsel agree that: the defendant will file motions on or before November 9, 2012; the government will respond on or before November 30, 2012; and the defendant may reply on or before December 7, 2012.

The parties further stipulate that the Court should exclude the period from the date of this order through December 14, 2012, when it computes the time within which the trial of the above criminal

STIPULATION AND [PROPOSED] ORDER        1                    12-252 GEB

prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Molen's request for time to file motions outweighs the best interest of the public and Mr. Molen in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4), and § 3161(h)(1)(D) (Local Code E).

Dated: October 16, 2012    Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: October 16, 2012    BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
MATTHEW D. SEGAL
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court vacates the status conference on October 19, 2012, and sets a motion hearing for December 14, 2012, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 14, 2012, pursuant to 18 U.S.C. §§ 3161(h)(7) (Local Code T4), and 3161(h)(1)(D) (Local Code E).

Dated: October 16, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER        3        12-252 GEB