```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO. 2:12-cr-252 GEB
                                 )
11              Plaintiff,       )
                                 )   STIPULATION AND [PROPOSED]
12      v.                       )   ORDER TO CONTINUE BRIEFING
                                 )   SCHEDULE AND HEARING ON MOTION
13                               )
    JAMES O. MOLEN,              )
14                               )
                Defendant.       )
15  _____
16      The parties stipulate and agree that briefing schedule and
17  hearing date on the Defendant's Motion to Dismiss Counts 1 and 2
18  of the Indictment (Dkt. 33) shall be modified as follows:
19            February 1, 2013     Opposition Due
20            February 8, 2013     Reply Due
21            February 15, 2013    Hearing
22  Hearing shall be on the Court's regular criminal calendar on the
23  date specified.  Time should continue to be excluded as
24  //
25  //
26  //
27  //
28  the Defendant's Motion to Dismiss is filed and unresolved.  18
```

1

U.S.C. § 3161(h)(1)(D).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: Jan. 4, 2013            By:  /s/ Matt Segal
                                          MATTHEW D. SEGAL
                                          Assistant U.S. Attorney

DATE: Jan. 4, 2013                   /s/ Michael Petrik
                                          MICHAEL PETRIK, JR.
                                          Counsel for Defendant

**SO ORDERED.**

Dated: January 10, 2013

                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge